IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRIAN J. SCOTT, #14564-171                                              PETITIONER

VERSUS                                            CIVIL ACTION NO.5:09cv115-DCB-MTP

F. FRAZIER, ERIC HOLDER, HARLEY LAPPIN,
BRUCE PEARSON and FEDERAL BUREAU OF PRISONS                RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the  6th   day of October, 2009.

                                              s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE